### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02420-LTB-CBS

MDM INVESTMENTS,

    Plaintiff,

v.

SHABANA, INC.,

    Defendant.

_____

### ORDER
_____

This case is before the Court on its Order to Show Cause (Doc 4 - filed December 7, 2006) wherein Defendant was to show cause why the action shall not be remanded to the Court from which it was removed. To date no response has been filed. Accordingly

IT IS ORDERED that this matter is **REMANDED** to the State Court of Gwinnett County, State of Georgia.

                                   BY THE COURT:

                                     s/Lewis T. Babcock
                                     Lewis T. Babcock, Judge

DATED: June 27, 2007